IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| LAZARO RIVERA VELAZQUEZ | CASE NO. 04-06272 SEK |
| FRANCES ARELYS MALDONADO CORIANO | Chapter 13 |
| XXX-XX-2322 | |
| XXX-XX-9938 | FILED & ENTERED ON 11/18/2005 |
| Debtor(s) | |

O R D E R

    For the reasons stated in the Trustee's Motion to Dismiss filed on 10/4/2005, which has not been opposed, this case is hereby dismissed.

    The Clerk will close all proceedings, vacate any hearing date and notify this Order.

    The Clerk will give notice of this Order.

    GIVEN in San Juan, Puerto Rico, 18 day of November, 2005.

                                      SARA E. DE JESUS KELLOGG
                                      U.S. Bankruptcy Judge

C: ALL CREDITORS
   DEBTOR (S)
   ROBERTO FIGUEROA CARRASQUILLO
   ALEJANDRO OLIVERAS RIVERA