IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| LAZARO RIVERA VELAZQUEZ | CASE NO. 04-06272 SEK |
| FRANCES ARELYS MALDONADO CORIANO | Chapter 13 |
| XXX-XX-2322 | |
| XXX-XX-9938 | FILED & ENTERED ON 3/2/2006 |
| Debtor(s) | |

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Order or Judgment dismissing this case was entered on 11/18/2005. The Chapter 13 Trustee has filed the Final Report and Account of his administration of this estate. Accordingly, it is now

ORDERED that the Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon be released from further liability thereunder and that the estate be and is hereby closed.

San Juan, Puerto Rico, this 02 day of March, 2006.

*[signature]*

**SARA E. DE JESUS KELLOGG**
U.S. Bankruptcy Judge

cc: ALEJANDRO OLIVERAS RIVERA